UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cr-00093-JPH-MJD |
| ) | |
| LORD HASTINGS ESTER SIMS LUCAS, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER APPOINTING IFCD AND STAYING CASE**

**I.**

Pending before the Court is Defendant's Motion for Reduction of Sentence. Defendant requests that the Court reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) under the terms of Amendment 821 to the United States Sentencing Guidelines ("Amendment 821"). Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance with Amendment 821. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for the Defendant for this purpose. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order.

## II.

Pending the Indiana Federal Community Defender's review and analysis of the Defendant's eligibility for a reduction of sentence pursuant to Amendment 821, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this motion is stayed. Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on the Defendant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defender's motion to withdraw from the Defendant's case.

**SO ORDERED.**

Date: 1/30/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

**Distribution:**

All electronically registered counsel

Lord Hastings Ester Sims Lucas
Register number 34121-509
FCI Morgantown
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MORGANTOWN, WV  26507